IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEANNE M. WARWICK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 05-1039-MLB |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,130.00 and expenses in the amount of $40.00.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees and expenses under the EAJA in the amount of **$5,170.00.**

IT IS SO ORDERED.

Dated this 25th day of January, 2006.

                                                s/Monti Belot
                                                Monti L. Belot
                                                United States District Judge

APPROVED BY:

  s/Robert A. Grosser
Robert A. Grosser
Reynolds, Gold & Grosser, P.C.
1240 E. Independence, Suite 200
Springfield, MO 65804

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney


  s/ Robin B. Moore
ROBIN B. MOORE
Ks. S.Ct. No. 10440
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
Phone: (316) 269-6481
Fax:    (316) 269-6484

Attorneys for the United States